IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> HAPPYDEAL365, et al., <br><br> Defendants. | Case No. 20-cv-00728 <br><br> **Judge Mary M. Rowland** <br><br> **Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Entertainment One UK Ltd. ("eOne" or "Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| IDOSTAR Store | 55 |
| LOFCA Official Store | 60 |
| Antallcky | 98 |
| LUCKSTY | 101 |

Dated this 18th day of June 2020.  Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Isaku M. Begert
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
ibegert@gbc.law

*Counsel for Plaintiff Entertainment One UK Ltd.*